ALBERT STEKOLL, Appellant, *v.* SINEX CORPORATION, Defendant and Third-Party Plaintiff-Respondent. JACQUES SARLIE ASSOCIATES, INC., Third-Party Defendant.

Supreme Court, Appellate Term, First Department, May 28, 1953.

*Hyman Frank* and *Maurice Rubinger* for appellant.

*Melvin W. Agrest* for respondent.

*Ralph K. Keesing* for third-party defendant.

*Per Curiam.* It appears that plaintiff incurred traveling costs amounting to $160 in coming from Oklahoma to New York City to attend the trial and he should be reimbursed therefor, in addition to the sum of $25 costs imposed by the court below as a condition for granting the motion to open default.

The order should be modified to the extent of requiring defendant-respondent to pay to plaintiff the sum of $160 in addition to the sum of $25 costs imposed by the court below, and as modified affirmed, without costs.

HOFSTADTER, EDER and SCHREIBER, JJ., concur.

Ordered accordingly.